PHILLIP A. TALBERT
United States Attorney
LYNN TRINKA ERNCE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>JOHN A. CROSBY,<br><br>            Debtor.<br><br>WELLS FARGO BANK, N.A.,<br>(and its Successors and Assignees)<br><br>            Garnishee. | Case No. 2:22-mc-00179 JAM KJN<br><br>**REQUEST TO TERMINATE GARNISHMENT OF WELLS FARGO BANK CHECKING ACCOUNT \*\*\*\*\*\*5902 ONLY; ORDER**<br><br>Criminal Case No. 2:17-CR-00006-JAM |

　　　　The United States of America hereby requests that the Court immediately terminate the garnishment of Wells Fargo Bank Checking Account \*\*\*\*\*\*5902 only, based on the following:

　　　　1.　　In its answer to this garnishment action, Garnishee Wells Fargo Bank stated that it has possession of the following accounts in which Debtor and/or his spouse, Jeni S. Crosby, have an interest:

　　　　Checking Account \*\*\*\*\*\*9637　　$32,442.26

　　　　Checking Account \*\*\*\*\*\*0110　　$10,000.00

　　　　Checking Account \*\*\*\*\*\*5902　　$642.43

*Id*.

2. Debtor did not object to the garnishment of these accounts. *See* Docket. Debtor's spouse objected only to the garnishment of Checking Account ******5902 on grounds that the funds in that account belong to their minor son, Austin J. Crosby. ECF 12. She requested a hearing and asked that the matter be heard in the District of Utah, where she resides. *Id.*

3. Based on the United States' review of Mrs. Crosby's objection and supporting documents, the United States requests that the Court immediately terminate this garnishment action only as to Checking Account ******5902, but not as to Checking Accounts ******9637 and ******0110.

4. Concurrently herewith, the United States is submitting its request for findings and recommendations for a final order of garnishment for Checking Accounts ******9637 and ******0110.

Respectfully submitted,

Dated: July 7, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ *Lynn Trinka Ernce*
LYNN TRINKA ERNCE
Assistant United States Attorney

## ORDER

Based on the Court's review of the United States' request for termination of garnishment only as to Checking Account ******5902, and good cause appearing therefore,

**IT IS ORDERED THAT** this garnishment action is terminated only as to Wells Fargo Checking Account ******5902. Wells Fargo Bank may immediately release the funds in Checking Account ******5902, but must continue to hold the funds in Checking Accounts ******9637 and ******0110

**IT IS FURTHER ORDERED THAT** Jeni Crosby's objection and request for a hearing and transfer (ECF No. 12) is DENIED as moot.

**IT IS SO ORDERED**.

Dated: July 8, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE